### 14703.   CARVER *v.* THE STATE.

BLOODWORTH, J.   The motion for a new trial in this case contains no special grounds; there is evidence to support the verdict, which has the approval of the judge who tried the case, and this court is without authority to interfere.

> *Judgment affirmed. Broyles, C. J., and Luke, J., concur.*
> DECIDED JULY 25, 1923.

Indictment for bastardy; from Floyd superior court — Judge Wright.   May 22, 1923.

*Willingham, Wright & Covington,* for plaintiff in error.

*E. S. Taylor, solicitor-general,* contra.

---

### 14704.   WILSON *v.* THE STATE.

BROYLES, C. J.   The motion for a new trial contained only the usual general grounds, the verdict was authorized by the evidence, and the court did not err in refusing to grant a new trial.

> *Judgment affirmed. Luke and Bloodworth, JJ., concur.*
> DECIDED JULY 25, 1923.

Indictment for manufacture of liquor; from Wheeler superior court — Judge Graham.   April 24, 1923.

*A. C. Saffold, E. J. Ennis,* for plaintiff in error.

*M. H. Boyer, solicitor-general,* contra.